Todd M. Friedman (216752)
Adrian R. Bacon (280332)
**Law Offices of Todd M. Friedman, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ABC GLOBAL SYSTEMS, INC., and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 2:18-cv-08787-FMO-E <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled.

In making a determination to resolve this matter, Plaintiff and his counsel of record entered into early settlement discussions in an attempt to resolve this matter. Defendant informed Plaintiff and his counsel that it may not be able to properly litigate a class action to the fullest extent of its financial instability and various tax liens. Thus, Plaintiff's counsel determined that it would be fruitless to press

forward with a litigation where Defendant would most likely not be able to properly fund the class.

Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 15th Day of November, 2018.
By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1 | Filed electronically on this 15th Day of November, 2018, with:

2 | United States District Court CM/ECF system

3 |
4 | Notification sent electronically via the Court's ECF system to:

5 | Honorable Fernando M. Olguin
6 | United States District Court
  | Central District of California
7 |
8 | Notification sent via mail to:

9 | Nathan Mumford
10 | 350 Fifth Ave
11 | New York, NY 10118

12 |
13 | This 15th Day of November, 2018.

14 | s/Todd M. Friedman
15 | Todd M. Friedman