Todd M. Friedman (216752)
Adrian R. Bacon (280332)
**Law Offices of Todd M. Friedman, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ABC GLOBAL SYSTEMS, INC., and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 2:18-cv-08787-FMO-E <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled on an individual basis.

In making a determination to resolve this matter, Plaintiff and her counsel of record entered into early settlement discussions in an attempt to resolve this matter. Defendant informed Plaintiff and his counsel that it may not be able to properly litigate a class action to the fullest extent due to its financial instability and various tax liens. Defendant shared information with Plaintiff and her counsel to demonstrate, with complete transparency, that it would not be able to sufficiently

fund the class.   Moreover, Defendant would be willing to agree to undertake reasonable efforts in limiting their business with lead generators, so as to better comply with the provisions of the Telephone Consumer Protection Act.  Based on this information, Plaintiff's counsel determined that it would be fruitless to press forward with a litigation where Defendant would most likely not be able to properly fund the class.  Thus, Plaintiff and Defendant settled this matter on an individual basis, not a class action.

Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.


Respectfully submitted this 19th Day of December, 2018.
By: s/Adrian R. Bacon
ADRIAN R. BACON
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 19th Day of December, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Fernando M. Olguin
United States District Court
Central District of California

Notification sent via mail to:

Nathan Mumford
350 Fifth Ave
New York, NY 10118


This 19th Day of December, 2018.

s/Adrian R. Bacon
Adrian R. Bacon