JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, | Case No. CV 18-8787 FMO (Ex) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| ABC GLOBAL SYSTEMS, INC., | |
| Defendant. | |

The complaint in the above-captioned case contains individual and class allegations, but no answer has been filed and no action has been taken in the matter. Now, the court is informed that the parties have settled plaintiff's individual claim, and that the class claims will not be pursued. (See Dkt. 12, Notice of Settlement).

Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiff and without prejudice as to the class. The dismissal shall be without costs and plaintiff shall retain the right, in his individual capacity, upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 21st day of December, 2018.

/s/
Fernando M. Olguin
United States District Judge